KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CASEY COVENTRY, | CASE NO. 2:24-cv-01006-ART-DJA |
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF DISCOVERY DEADLINES (SECOND REQUEST)** |
| RANDI LUAN SADLER, individually; NEW PRIME, INC. dba PRIME, INC., a foreign corporation; DOE I through X, | |
| Defendants. | |

COMES NOW Plaintiff CASEY COVENTRY by and through his attorney of record, CLARK SEEGMILLER, ESQ. of the RICHARD HARRIS LAW FIRM, and Defendants RANDI LUAN SADLER and NEW PRIME INC. dba PRIME, INC. by and through their counsel of record, KARIE N. WILSON, ESQ., of MESSNER REEVES, LLP., and hereby stipulate that all operative dates within the current Scheduling Order be extended by sixty (60) days.

**A.   Statement of Completed Discovery**

The parties have served their disclosures pursuant to FRCP 26 and LR 26-1 and conducted the following discovery:

15058.0004

1. Plaintiff served his Initial Disclosures on July 25, 2024.
2. Plaintiff served his First Supplement to Initial Disclosures on September 19, 2024.
3. Plaintiff served his Second Supplement to Initial Disclosures on September 24, 2024.
4. Defendants served their Initial Disclosures on July 8, 2024.
5. Defendants served their First Supplement to Initial Disclosures on October 2, 2024.
6. Defendants served their First Set of Interrogatories and Requests for Production of Documents to Plaintiff on July 9, 2024.
7. Plaintiff served his Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents on August 6, 2024.
8. Plaintiff served his First Set of Interrogatories and Requests for Production of Documents to Defendant New Prime on August 15, 2024.
9. Defendant New Prime responded to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on October 1, 2024.
10. Plaintiff served his First Set of Interrogatories and Requests for Production of Documents to Defendant Randi Luan Sadler on August 16, 2024.
11. Defendant Randi Luan Sadler responded to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on October 1, 2024.
12. Defendants issued a Subpoena Duces Tecum to Briggs Transportation of Employment Records of Plaintiff.
13. The Zoom deposition of Plaintiff Casey Coventry was conducted on January 29, 2025.
14. Defendants served their Second Supplement to Initial Disclosures on April 9, 2025.

**B.    Statement of Discovery that Remains to be Completed**

1. Obtaining complete copies of Plaintiff's medical treatment and billing records from his medical providers in Texas and Oklahoma;
2. Disclosure of initial and rebuttal expert witnesses;
3. Depositions of the parties' retained experts;

4. Depositions of Plaintiff's treating physicians;

5. Deposition of Randi Luan Sadler;

6. Deposition of the FRCP 30(b)(6) representative for Defendant New Prime, Inc.;

7. Additional written discovery, as needed; and

8. Any additional discovery deemed necessary by the parties.

### C.     Statement Supporting Necessity of Extension of All Dates

The parties have been diligent in conducting discovery. Defendants have been in the process of requesting Plaintiff's medical treatment records from his out-of-state physicians and medical facilities but do not yet have complete records. Specifically, Defendants are awaiting responses and medical records from Walmart Pharmacy in Oklahoma, and Dr. John Gonino and The Center for Special Surgery in Texas. Until Defendants have obtained these medical records, they are not in a position to identify and disclose medical experts. To ensure that all parties have the opportunity to retain appropriate expert witnesses, the parties have agreed to continue the current deadlines by an additional sixty (60) days. This extension will allow the parties to retain experts and conduct additional depositions.

### D.     Proposed Schedule

With a sixty (60) day discovery extension, the new **Discovery Cut-Off** date will be **Friday, September 26, 2025.** All parties anticipate timely completion of discovery at that time. The schedule for discovery will follow the pattern as set forth in LR 26-1:

**Amending the Pleadings and Adding Parties**: **Tuesday, June 24, 2025**.

Fed. R. Civ. Proc. 26(a)(2) **Disclosures (Experts)**: The disclosure of experts and expert reports shall occur on **Tuesday, July 29, 2025**, which is sixty (60) days before the proposed discovery cut-off date. The disclosure of **Rebuttal Experts** and their reports shall occur on **Tuesday, August 26, 2025**, which is thirty (30) days before the proposed discovery cut-off date.

**Dispositive Motions**: Dispositive motions will be made no later than **Friday, October 24, 2025**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date

Page **3** of **4**

15058.0004

Case 2:24-cv-01006-ART-DJA   Document 16   Filed 05/05/25   Page 4 of 5

Coventry v. New Prime, et al.
2:24-cv-01006-ART-DJA
Stipulation and (Proposed) Order For Extension of Discovery Deadlines
(2nd Request)

that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

**Pretrial Order**: The Joint Pretrial Order shall be filed by **Wednesday, November 26, 2025**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decisions on the dispositive motions or by further order of the Court.

Extensions or Modifications of Discovery Plan and Scheduling Order: All motions or stipulation to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

IT IS SO STIPULATED.

Dated this 2nd of May 2025.                             Dated this 2nd of May 2025.

RICHARD HARRIS LAW FIRM                                 MESSNER REEVES, LLP.

 /s/ Clark Seegmiller, Esq.                             _____
CLARK SEEGMILLER, ESQ.                                  KARIE N. WILSON, ESQ.
Nevada Bar No. 3873                                     Nevada Bar No. 7957
801 South Fourth Street                                 8945 West Russell Road, Suite 300
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89148
Telephone: (702) 444-4444                               Telephone: (702) 363-5100
*Email*: Clark@richardharrislaw.com                     *E-mail*: KWilson@messner.com
*Attorneys for Plaintiff*                               *Attorney for Defendants*
*Casey Coventry*                                        *Randi Luan Sadler and New Prime, Inc.*

**ORDER**

IT IS SO ORDERED on this ___5th___ day of ___May_____, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Page **4** of 4

15058.0004

Nancy Amaya

| | |
|---|---|
| From: | Clark Seegmiller <clark@richardharrislaw.com> |
| Sent: | Friday, May 2, 2025 8:15 AM |
| To: | Karie Wilson; Amanda Frizzell |
| Cc: | Gloria Pacheco; Caitlyn Robles-Gonzalez; Nancy Amaya |
| Subject: | RE: Casey Coventry v. New Prime |

**[ CAUTION: This Email is from an External Sender ]**

This looks good. You may affix my e-signature. Thanks

**Clark Seegmiller**
Lawyer-Partner
Direct (702) 444-4401



Las Vegas
801 South 4th Street
Las Vegas NV 89101
Ph. (702) 444-4444 x 240

Reno
6900 S. McCarran Blvd., #1010
Reno NV 89509
Ph. (775) 222-2222

 

Please read the Legal Disclaimer that governs this email and any attachments.

**From:** Karie Wilson <KWilson@messner.com>
**Sent:** Thursday, May 1, 2025 6:57 PM
**To:** Amanda Frizzell <afrizzell@richardharrislaw.com>; Clark Seegmiller <clark@richardharrislaw.com>
**Cc:** Gloria Pacheco <gloria@richardharrislaw.com>; Caitlyn Robles-Gonzalez <crobles@messner.com>; Nancy Amaya <NAmaya@messner.com>
**Subject:** RE: Casey Coventry v. New Prime

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Amanda,

The proposed Stipulation and Order to Extend Discovery is attached. Please let me know if there are any proposed changes or additions, or if we may include Clark's signature for filing.

Thank you.

**KARIE N. WILSON**
Managing Partner
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** kwilson@messner.com

1