CLARK SEEGMILLER, ESQ.
Nevada Bar No.: 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
*Email*: Clark@richardharrislaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CASEY COVENTRY,<br><br>Plaintiff,<br><br>vs.<br><br>RANDI LUAN SADLER, individually; NEW PRIME, INC., dba PRIME, INC., a foreign corporation; DOES I-X,<br><br>Defendants. | Case No.: 2:24-cv-01006-ART-DJA<br><br>**STIPULATION AND ORDER FOR A SIXTY (60) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER (FOURTH REQUEST)** |

COMES NOW, Plaintiff CASEY COVENTRY, by and through his attorney of record CLARK SEEGMILLER, ESQ., of the RICHARD HARRIS LAW FIRM, and Defendants RANDI LUAN SADLER and NEW PRIME INC., dba PRIME, INC., by and through their counsel of record KARIE N. WILSON, ESQ., of MESSNER REEVES, LLP., and hereby stipulate that all operative dates within the current Scheduling Order be extended by sixty (60) days.

**A. Statement of Completed Discovery**

The parties have served their disclosures pursuant to Fed.R.Civ.Proc. 26 and LR 26-1 as follows:

| | |
|---|---|
| 1. | Plaintiff served his Initial Disclosures on July 25, 2024. |
| 2. | Plaintiff served his First Supplement to Initial Disclosures on September 19, 2024. |

| | | |
|---|---|---|
| 3. | Plaintiff served his First Supplement to Initial Disclosures on September 24, 2024. |
| 4. | Defendants served their Initial Disclosures on July 8, 2024. |
| 5. | Defendants served their First Supplement to their Initial Disclosures on October 2, 2024. |
| 6. | Defendants served their First Set of Interrogatories to Plaintiff on July 9, 2024 |
| 7. | Defendants served their First Set of Request for Production of Documents to Plaintiff on July 9, 2024 |
| 8. | Plaintiff served his Responses to Defendants First Set of Request for Production of Documents on August 6, 2024 |
| 9. | Plaintiff served his Responses to Defendants First Set of Interrogatories on August 6, 2024 |
| 10. | Plaintiff served its First Set of Interrogatories to Defendant New Prime, Inc. on August 15, 2024 |
| 11. | Plaintiff served its First Set of Request for Production of Documents to Defendant New Prime, Inc. on August 15, 2024 |
| 12. | Defendant New Prime, Inc. Responded to Plaintiffs First Set of Interrogatories on October 1, 2024 |
| 13. | Defendant New Prime, Inc. Responded to Plaintiffs First Set of Request for Production of Documents on October 1, 2024 |
| 14. | Plaintiff served its First Set of Interrogatories to Defendant Randi Luan Sadler on August 16, 2024 |
| 15. | Plaintiff served its First Set of Request for Production of Documents to Defendant Randi Luan Sadler on August 16, 2024 |
| 16. | Randi Luan Sadler Responded to Plaintiffs First Set of Interrogatories on October 1, 2024 |
| 17. | Randi Luan Sadler Responded to Plaintiffs First Set of Request for Production of Documents on October 1, 2024 |
| 18. | Defendants Issued Subpoena Duces Tecum to Briggs Transportation for Employment Records of Plaintiff |
| 19. | Zoom Deposition of Plaintiff Casey Coventry was completed on January 29, 2025. |
| 20. | Rule 35 Examination of Plaintiff took place on July 28, 2025. |
| 21. | Expert Witness Disclosures were served on September 26, 2025. |
| 22. | Rebuttal Expert Disclosures were served on October 27, 2025. |

**B. Statement of Discovery that Remains to be Completed**

The parties anticipate needing to conduct additional discovery including the following:

| 1. | Deposition of Treating Physicians |
|---|---|
| 2. | Deposition of Retained Experts – **Deposition of William Redfairn – November 14, 2025 at 10:00 a.m.** |
| 3. | Deposition of Defendant Randi Luan Sadler – **January 23, 2026 at 9:00 a.m (PST)** |
| 4. | Deposition of the 30(b)(6) Person(s) Most Knowledgeable for New Prime, Inc.- **January 23, 2026 at 11:00 a.m. (PST)** |
| 5. | Additional Written Discovery |
| 6. | Request additional billing and medical records |
| 7. | Any Additional Discovery Deemed necessary by the parties. |

C.  **Statement Supporting the Necessity of an Extension of all Dates within the Scheduling Order**

The parties cannot resolve the case at this stage and need additional time to conduct depositions of the defendant driver, **Randi Luan Sadler and the 30(b)(6) Person(s) Most Knowledgeable for New Prime, Inc.** which are scheduled for **January 23, 2026 at 9:00 and 11:00 (PST).** The parties have been diligently participating in discovery and working together in an efficient manner, but all necessary discovery cannot be completed by the current discovery deadline of November 25, 2025. The parties can also establish excusable neglect. The parties have disclosed experts and expert reports as well as disclosed rebuttal expert reports. The Rule 35 Examination of Plaintiff was conducted on July 28, 2025. The parties have conflicts within their schedule and the depositions of the **defendant driver, Randi Luan Sadler and the 30(b)(6) Person(s) Most Knowledgeable for New Prime, Inc.** is scheduled on **January 23, 2026.** The parties therefore require an additional 60 days to depose the **defendant driver, Randi Luan Sadler and 30(b)(6) Person(s) Most Knowledgeable for New Prime, Inc.** Given the specific circumstances, the parties submitted their Fourth Request for a discovery extension as soon as possible but it was necessarily after the deadline for seeking that extension.

### D. Proposed Schedule

With a sixty (60) day discovery extension, the new **Discovery Cut-Off** date will be **Monday, January 26, 2026**. All parties anticipate timely completion of discovery at that time. The schedule for discovery will follow the pattern as set forth in LR 26-1:

**Amending the Pleadings and Adding Parties**: **CLOSED**

**Disclosures (Experts)**: **CLOSED**

**Rebuttal (Experts)**: **CLOSED**

**Dispositive Motions**: Dispositive motions will be made no later than **Thursday, February 26, 2026**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

**Pretrial Order**: The Joint Pretrial Order shall be filed by **Thursday, March 26, 2026**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decisions on the dispositive motions or by further order of the Court.

Extensions or Modifications of Discovery Plan and Scheduling Order: All motions or stipulation to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

| RICHARD HARRIS LAW FIRM | MESSNER REEVES, LLP. |
|---|---|
| /s/ Clark Seegmiller<br>_____ 11/03/2025<br>CLARK SEEGMILLER, ESQ.<br>Nevada Bar No.: 3873<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>Email: Clark@richardharrislaw.com<br>Attorneys for Plaintiff<br>CASEY COVENTRY | /s/ Karie N. Wilson<br>_____ 11/03/2025<br>KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>Telephone: (702) 363-5100<br>Facsimile: (702) 363-5101<br>E-mail: KWilson@messner.com<br>Attorney for Defendants RANDI LUAN<br>SADLER and NEW PRIME, INC. |

## ORDER

IT IS SO ORDERED on this __4th__ day of __November__, 2025.

_____
UNITED STATES MAGISTRATE JUDGE